FILED

2016 APR 12  AM II: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  JAZAN WILD PRO PER
   *jazanwild@yahoo.com*
2  16110 Ventura Blvd, PH405
   Encino, California  91436
3  Telephone: (818) 986-5673

4  Attorney for Defendant JASON BARNES, p/k/a JAZAN WILD

5

6

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8

9  ANDREAS CARLSSON PRODUCTION, )   **CASE NO. CV15-06049 DMG (AJWx)**
   AB, a Swedish Corporation, and )
10 ANDREAS CARLSSON, an individual, )  **Hon. Dolly M. Gee**
                                   )
11         Plaintiff,              )
                                   )
12 v.                             )
                                   )   **WILD DECLARATION IN**
13 JAZAN WILD, an individual,      )   **OPPOSITION TO PLANTIFF'S**
                                   )   **REQUEST FOR CONFERENCE**
14         Defendant.             )   **REGARDING PENDING MOTION**
                                   )   **FOR SUMMARY ADJUDICATION**
15                                 )
16
17
                              Location: Courtroom 7
18 _____   Complaint filed : August 10th, 2015
19
20
21
22
23
24
25
26
27
28

                 **DECLARATION OF JAZAN WILD AND EXHIBITS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF JAZAN WILD IN OPPOSITION TO PLANTIFF'S REQUEST FOR CONFERENCE REGARDING PENDING MOTION FOR SUMMARY ADJUDICATION**

Jazan Wild declares as follows:

I "Jazan Wild" am acting Pro Per, ("Wild") in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would testify competently thereto. I make this declaration in Opposition to Plaintiffs' Motion for Request for Conference Regarding Pending Motion for Summary Adjudication and in light of further evidence showing that Plaintiffs' have concealed their true motives from the court and from Defendant Wild.

I "Jazan Wild" would like to address this evidence in 1st person and as part of this declaration.

On Thanksgiving Day 2015, the true motives for why Andreas Carlsson relentlessly pursued me in an effort to drag me into a lawsuit from Spring 2015 to present became clear. These two lawsuits, now making three times I've been sued by the same person in the same court was once again all about seeing that I would not get one ounce of credit or money for my work. In other words, it's all about greed. When Cirque Du Soleil's float appeared on TV, it was playing a very familiar song. In fact, it was playing the song titled, "Dandyworld" from the Dandy

1  Project of which I am a co-creator. I downloaded this Dandyworld song from the

2  Adlibris website in 2011 in the middle of the first Federal Lawsuit before Judge

3
4  Snyder. This song was being given away with the Dandy Swedish Novel. On pages

5  10-15 of the Dandy Swedish Novel you can find the rhyming text/ song lyrics

6  which are interspersed in the story and a part of the story.

7
8  I have to say to the court respectfully… sadly now you know how I have felt,

9  working Andreas Carlsson for the last 10 years. He does whatever he feels like

10
11  regardless of what he  signs. Even a Federal Settlement, or a Federal Lawsuit which

12  he filed, does not stop him from doing as he pleases. He hid this Cirque Du Soleil

13  Paramour partnership  from the courts, Judge Snyder, Judge Nagle, and Judge Gee

14
15  and from me. Now I find out that he has hidden the fact that the Paramour song

16  was once and still is the Dandyworld song… and part of a Federal Settlement.

17
18  Scott Zeiger, who works for Cirque Du Soleil as the President of the Broadway

19  Division, also did not inform the higher ups at Cirque Du Soleil of this fact.

20  Scott Zeiger's name appears at least 100 times in emails from the Carlsson

21
22  Production Files, in the case before Judge Snyder)… Scott Zeiger, is not only the

23  President and Managing Director of Cirque du Soleil Theatrical… he is also is the

24  CO-CEO of BASE ENTERTAINMENT also Zeiger is a former member of the

25
26  exclusive TEAM DANDY, of which Wild, the Co-Creator of the Dandy Project,

27  was never invited to join. This association between Zeiger, who has had Wild's

28

Dandy Stories and the Dandy music based off of those stories as far back as 2007, who in 2011, while in the midst of the FEDERAL LAWSUIT before Judge Snyder, oversaw the entire budget plans for the DANDY PROJECT becoming a musical in Vegas, who was an actual partner in a group titled "TEAM DANDY"… somehow now, while in the midst of another FEDERAL LAWSUIT initiated by Andreas Carlsson, takes at least one song (there could be more since the article states Carlsson has written half a dozen more songs for Paramour) from the DANDY PROJECT, that he was a partner of, and inserts it into a Cirque du Soleil Musical. This action is clearly willful and deliberate tampering with a FEDERAL SETTLEMENT / CONTRACT.

Once again for Andreas' attorneys' benefit. I AM THE CO-CREATOR OF THE DANDY PROJECT IN ITS ENTIRETY. **I AM AS MUCH THE CO-CREATOR OF THE DANDY SONGS AS CARLSSON IS OF THE DANDY STORIES.**

This is very important… ON PAGE 9 PARAGRAPH 24 OF THE SETTLEMENT AGREEMENT IT READS… **"NEITHER PARTY SHALL CLAIM TO BE THE SOLE CREATOR OF ANY OF THE DANDY WORKS."**

And then from Judge Snyder's order correcting the copyrights it reads… **"Jazan Wild is the author of the each of the following works and works concerning them:**

1. **"Dandyworld Graphic Novel Treatment" (Dandy Treatment").**

2. **"Welcome to a Dandyworld" ("Dandyworld").**

3. **"All Hail to the King" ("King"),**

4. **"Step Into the Krazy Life" ("Krazy") and**

5. **"Andreas Carlsson Dandy" ("Dandy Novel")**

**(collectively, "the Dandy Works").**

Clearly the Settlement states that no one is to take sole creatorship credit for any of the Dandy works. Clearly the order by Judge Snyder which was prepared by both parties' attorneys states that the "Dandy Novel" is part of the "Dandy Works". In fact, no one can dispute that the song lyrics in the "Dandy Novel", written about the Dandy story, is not part of "all works concerning them", as mentioned in Judge Snyder's order.

So, by Andreas Carlsson claiming to be the sole creator of the Dandy songs, he is breaching the Federal Settlement. In the same way if I claimed to be the sole creator of the Dandy graphic novels and novels, I would be in breach of the Settlement, in particular... PAGE 9 PARAGRAPH 24 OF THE SETTLEMENT AGREEMENT WHICH READS... **"NEITHER PARTY SHALL CLAIM TO BE THE SOLE CREATOR OF ANY OF THE DANDY WORKS."**

Furthermore, Carlsson continues to attack the obvious written words of the Settlement Agreement. In particular the first page of the settlement agreement. "**C. WHEREAS, at the center of both the Action and the Counterclaims are a February 2, 2007 Agreement between the Parties ("Agreement") (Exhibit 1 hereto), February 2, 2007 Assignment between the Parties ("Assignment") (Exhibit 2 hereto), and a September 19, 2007 Amendment to the Agreement "Amendment") (Exhibit 3 hereto), all relating to a project, concept and story referred to herein as "Dandy"; that was co-created by CARLSSON and WILD**.

Again it clearly states…

"**a project, concept and story referred to herein as "Dandy"; that was co-created by CARLSSON and WILD**"

the settlement also states…

"**Section 8 "Future Crediting"… Musicals, Motion Pictures, Television Programs, Stage Plays : CARLSSON also agrees to cause the following acknowledgment of WILD to appear in connection with any presentations, pitches, programs and similar materials, marquees, printed or audio, graphic,**

video, or audio visual presentations, advertisements or promotional material, including all internet postings and advertisements in connection with any musical based on the Dandy Works, where and insofar as such acknowledgements are customary:

"Created by Andreas Carlsson and Jazan Wild".

The foregoing acknowledgements shall be (i) in a font and size no less clear and no smaller than the font and size in which the most prominent credit to CARLSSON appears, on the same page and adjacent to CARLSSON's most prominent credit; and (ii) placed in a location or page relative to CARLSSON's most prominent credit and in accordance with "most favored nations" practice based upon industry standards applicable to the media."

Somehow Carlsson and his attorney keep banging the drum saying that I am not a co-creator of the Dandy Project. However, it is clear over and over again in the Settlement Agreement that I am.

1. In 2010 Andreas Carlsson stated that I did not write the Dandy works. That was proven to be false. He stated he was the author of the Dandy works and that I was not capable of writing the Dandy works. This was proven to be false. Now his new attorney states that he, Andreas Carlsson, wrote the Dandy Novel, even after his former attorney jointly prepared a motion with

my attorney to correct the copyrights in the Copyright Office and then

signed as an order by Judge Snyder, which states that… **"The following**

**four United States copyright registrations covering the foregoing works,**

**which incorrectly name Andreas Carlsson as the author, shall be**

**canceled, on the basis that the authorship of Andreas Carlsson, if any,**

**was de minimis, and that Jazan Wild is the author of those works"**

Doesn't that say it all, really?

2. As far as my not receiving crediting for music. This was my choice and I

stand by it. I think Ms. Sasaki and Mr. Carlsson's blatant attempt to misuse

this clause to destroy the Dandy Project says a lot about their motives. I am a

writer, author, editor, publisher, drummer, guitar player, singer, bass player,

scripter, business owner, Nokia Success Story and entrepreneur. In my field

as the owner of several Carnival Comics properties, we have a credit page

for all of our titles. On this page I am listed as the author, sometimes

scripter, sometimes writer. On the same page is crediting for a penciler,

inker, colorist and can even be editor. I am not the penciler, yet I am the

owner and author of Funhouse of Horrors. In no way can the penciler take

the penciled pages from the Funhouse of Horrors book and sell them to DC

Comics, just because I did not receive credit as the penciler. Yet Andreas

Carlsson seems to think he can create a loophole to let him get by with

exactly this type of unethical behavior. Of course Cirque Du Soleil, once

finding out that the title song had already been used in a different musical,

has chosen to not use the song. In the same way, if DC Comics found out the

artwork given to them by an artist, had already been used in another project,

they too would pass. In no way can the songs Andreas is now writing for the

Paramour project, again be sold by him to another musical after Paramour

uses them. I am sure Cirque would not approve of that, nor would Andreas

attempt such a thing.

In regards to Copyrights… I own the copyrights to the Dandy Novel and

Graphic Novels, yet I can't sell the story to Cirque and say it has nothing to

do with Andreas. He is the co-creator of the Dandy Novel and Graphic

Novel, just as I am the co-creator of the Dandy Songs and Music. This is Co-

creatorship 101.

3.   As to contacting a lot of Andreas Carlsson's business partners… (A) I

contacted Norstedts, the publisher of the Dandy Novel in Sweden and

showed them the contract stating that I was to be credited in a most favored

nation's manner and as "DANDY Created by Andreas Carlsson and Jazan

Wild"… not "Inspired by a Graphic Novel by Andreas Carlsson and Jazan

Wild" This led to Andreas suing me for 1 million dollars and saying the

links showing the work was my publishing the books on my website. (B) GP

Bullhound was contacted because after the settlement, the very first show was titled… "A Worldwide Exclusive Premiere of Andreas Carlsson's Musical Dandy" and not "DANDY Created by Andreas Carlsson and Jazan Wild" as required by section 8 of the settlement agreement. Judge Nagle agreed that it was silly for Ms. Sasaki to send me a Cease and Desist, and that I had every right to attempt to get a third party to follow the crediting in the settlement agreement. (C) Cirque Du Soleil / Paramour, as I stated in my email to Cirque's Legal Department… "I had hoped that since this issue was brought before the Federal Court in December 2015 and therefor before Andreas Carlsson, that he would have seen to the matter being resolved." Simply put I am the Co-creator of the DANDY Project, and any Dandy Song should not be taken out of the project and passed off as a new song for a different musical. Cirque would not let that happen to any of their songs, even though they "Cirque" may not be credited as songwriter. The songwriter who is credited would never dare attempt such a thing. Cirque would most certainly take legal action if the songwriter or Andreas Carlsson did so.

4. Finally, as to all the name calling surrounding Ms. Sasaki's latest motion, I believe it speaks for itself as to why this project will not work. I choose to only state the facts and avoid the childish name calling. I am happy to see

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

that Ms. Sasaki and Andreas Carlsson are finally admitting to the court that

they have been working with Cirque Du Soleil while this entire case has

been going forward, even though they tried to hide it, and that they have

indeed sold one of the Dandy songs from out of the Dandy Project.

What I do want to say is this… it doesn't take a rational person very long to

see that this case is about retribution and greed. Andreas Carlsson has not

gotten over the fact that he did not get by with what he intended to get by

with in the first Dandy case. He did not write the Dandy stories. He is not

the author of the Dandy stories. And even though he signed a Settlement

Agreement, he did not settle anything.

Point being, Andreas Carlsson simply could have written new music with

new lyrics for Paramour, and any other musical. But he chose not to. In fact,

he chose to use songs from Dandy, knowing I would have a problem with it,

being we were in a Federal case together over the property.

The ironic thing is that, Andreas admitted that he knew I would have a

problem with the crediting in the Dandy Novel, when the publisher's told

him they wanted to credit it that way, with his name as the author. What is

clear is that Andreas Carlsson is making these choices. They are bad ones.

And they are intentional.

The  song reads…

*Have you heard about a legend,*

*Passed down through generations*

*A secret that almost no know knows*

*The  tale about a boy who lost it all*

*Built it up and watched it fall*

**This is how the story goes**

**This is the place for your wildest dreams**

**This is where everything's what's it seems**

**Over the top and too good to be true**

**If it  doesn't make your head spin**

**Well it's probably not for you**

**This  is a place for you for your fantasies**

**A bundle of endless possibilities**

*A piece of advice for every boy and girl*

*You  better buckle up*

*It's a Dandyworld*


   Amazingly the highlighted parts of the song lyrics that were written ABOUT and

inspired by my DANDY WORKS, and WOULD NOT EXIST WITHOUT THE

DANDY WORKS, have been played on the Macy's Thanksgiving Day Parade, are now TV ads in New York City and the surrounding areas, on Youtube, on Paramour's website… being performed with the EXACT same Melody with the EXACT same Music. THIS SONG WAS A SONG THAT PROMOTED THE DANDY NOVEL as a FREE download.

Again three questions to leave with the court… Why couldn't or didn't Andreas Carlsson just simply write a new song with new music? Why did he have to take songs out of the Dandy Project if it were not for retribution? And lastly… Why did Andreas Carlsson fight so hard – this summer – to keep the Dandy License? Judge Snyder, told me in court, something very nice and very true… she said… "I see two talented gentlemen that if they can't get along need to put a pin in it." I humbly agreed. So I decided to bring to light the breaches by Carlsson, since he had reopened the case and sued me again. Judge Nagle obviously did not feel as Judge Snyder had felt, and did not deem breaches as "Material" breaches and kept us bound together. One might wonder had Judge Nagle been told the truth about Andreas' intentions to sell off Dandy project songs to Cirque, (which Ms. Sasaki stated in open court that she did not intend to take the music from the Dandy Project; an obvious false statement in light of recent events) then maybe the rulings would not have been to keep the parties together. As well, had Judge Nagle known that Andreas did indeed hire the PR person that he swore under oath that he did

NOT hire, (and he even thanked the PR person, for that PR job in the Thank You Section of the Dandy novel; an obvious false statement as well) then too, maybe the rulings would not have been to keep the parties together. For I believe Judge Nagle's heart was in the right place, and was hopelessly trying to make the project be a success.

But the BIGGER question is… why Andreas wanted to keep the Dandy License? I have offered for Andreas to take the music and I take the story and we end the project and sever our ties. Only he must not use the titles and lyrics that are about and from the Dandy Works. "If You Can Dream It, You Can Be It" (Which is a registered Trademark of Carnival Comics.), "Dandyworld", "Chief King", Welcome to a Dandyworld" etc. Surely Carlsson knows how to change titles and lyrics, by what he did with Paramour.

So again… why does Carlsson want to keep the Dandy License if he is taking all the songs and putting them in "Paramour", "Velvet Rope" and any other musical that comes along? It is for retribution and of course greed.

1. A true and correct copy of a screenshot of Wild's email from April 5th 2016 to Cirque Du Soleil's legal team, to inform them that the Paramour title song is a version of the Dandyworld (Song) that has been a part of the Dandy Project for years, is attached hereto as Exhibit 125a-125e.

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I certify that the foregoing is true and correct. Executed under the penalty of

perjury this 12th day of April 2016, in Los Angeles, California.

_____Jazan Wild

# Attention: Marie-Andrée Foisy - Paramour and Dandy Musicals / Scott Zeiger

 

Paramour   x


**Carnival Comics Entertainment** <carnivalc      Apr 5 (6 days ago)  ☆   ↩   ▾

to contact, rcm, chantal.cote, Jazan  ▾

(PLEASE FORWARD TO LEGAL DEPARTMENT)

To Cirque Du Soleil's Legal Team ,

I recently read several articles stating that Scott Zeiger is the head of Cirque du Soleil's theatrical division and overseeing Paramour. I am very familiar with Mr. Zeiger, who was a part of the DANDY Team, which was trying to make my Co-created Dandy project into a musical from 2007-2012. He alongside my co-creator Andreas Carlsson, YouTube / Google, Base Entertainment and AEG Live all were partners in this effort. Sadly the fact that I wrote the Dandy Story and was a co-creator of the project was ignored by these partners, therefore the matter wound up in Federal Court, where after a two year case I was named by court order, the author of the Dandy Works. In settlement I was again named the author of the Dandy Works and co-creator of the Dandy project. I then granted Andreas Carlsson a license to pursue Dandy as a musical, provided he adhere to the settlement agreement.

Andreas Carlsson as recent as this summer, fought hard to keep that very Dandy license, when I wanted it revoked, due to several issues such as not crediting me properly... publicly stating that Dandy is Dead... and other issues like wanting to use the Dandy Songs in another musical named "Velvet Rope". The songs were and are part of the Dandy Project and have been so for nearly 10 years. In fact the text from the songs appear in the Swedish Dandy Novel, which was a #1 title in that country and had a song from Dandy performed on their IDOL show, to over a million people. It is wrong for one to fight to hold on to a Dandy License for a Dandy Musical and then sell the Dandy songs out of that musical to another party. Especially if a Federal Settlement agreement has been instituted.

Here's where it takes a turn to involve Mr. Zeiger, Paramour and Cirque du Soleil. Over the summer Andreas Carlsson sued me two more times stating he needed Declaratory Relief for the aforementioned new musical he wanted to do titled "Velvet Rope." I didn't read it (at the time) and didn't care to. Why should I read it if it didn't use any of the Dandy Works? But he continued to hound me in court. I received a copy of "Velvet Rope" and quickly noticed 20 of the 80 pages used direct text found in the Dandy Novel, and were in fact, the Dandy Song, which had been a part of the Dandy Project for years.

# EXHIBIT 125A

Judge Snyder threw out the case ruling it had nothing to do with the settlement. The same day Carlsson re-filed the suit. Now under another Judge, Judge Gee, they claimed again a need for Declaratory Relief, even though I just said *"do a new musical and don't use any of the Dandy Project"*. Odd thing is that the new musical uses most of the Dandy Songs from the Dandy Musical of which I am a co-creator. Again... The Dandy songs (lyrics) are in a #1 Swedish Novel titled Dandy published by Norstedts of which I was named the author of by Judge Snyder in a court order. Every song was written about and for the Dandy Musical Project... the very one Scott Zeiger was a huge part of for several years.

So you can imagine my surprise when the title song from the Dandy Musical, of which I am still a co-creator, wound up on the Macy's Day Parade. The title song to Paramour is nothing more than the title song to Dandy... "Dandyworld" with some of the lyrics changed. Scott Zeiger and Andreas Carlsson took a song that had been given out as a free download with the Dandy Novel in Sweden and also used to promote the Dandy Project and are passing it off as Paramour's Title Song. This was and still is a song from the Dandy project that has been a part of a 2 year Federal Case and has a Federally Approved Settlement surrounding it and is even now once again before a Federal Judge as we speak. Yet Mr. Zeiger, knowing all of this, decides to pluck the song from the Dandy Settlement and insert it into a Cirque du Soleil Broadway Show. This seems brazen and reckless. Now to see this week, your company Cirque du Soleil suing Justin Timberlake for some airy voice melody, while Scott Zeiger takes an entire song out of a Federal Settlement, is reckless at best.

Here's a thought that seems to have eluded Andreas Carlsson and Mr. Zeiger... Mr. Zeiger could have simply asked Andreas Carlsson to write a new title song based on the Paramour story, not take one already released and written about my Authored Dandy Story and used inside my Authored Dandy Swedish Novel.

Being a "CO-CREATOR" of DANDY, means I am as much a CO-CREATOR of the Dandy Songs, as Andreas Carlsson is a CO-CREATOR of the Dandy Stories and Works. The frustrating part is that I'm locked into a Settlement Agreement involving a DANDY MUSICAL that I can't take the Dandy Stories I wrote and sell them to another Musical outfit or even to Cirque Du Soleil. Yet Andreas Carlsson is taking the songs out of that same Settlement Agreement involving a DANDY MUSICAL and selling the song or songs to Cirque Du Soleil, (Even though Mr. Zeiger is very aware of the settlement.) If Carlsson and Zeiger have their way "Let It Go" from "Frozen" could be allowed to be called a *brand new* song in a new Warner Brothers animated feature in a few years. It's wrong. It is also deceiving the public as to the song's actual history. Every word of *Let it Go* was written for and about *Frozen*. Every word of *DANDYWORLD* was written for and about *Dandy*. Not Paramour. Scott Zeiger and respectfully, your company, Cirque du Soleil had no right to do this. Period.

# EXHIBIT 125B

**Here is the Judge's Order naming me the Author of all the Dandy Works:**
http://www.jazanwild.com/DANDY_PROJECT/Order_Granting_Wild_Copyrights.pdf

**Here is the Dandy settlement agreement:**
http://www.jazanwild.com/DANDY_PROJECT/DANDY_Settlement_Agreement.pdf

**Here is the Dandyworld Song Mashed Up With Paramour:**
http://www.jazanwild.com/DANDY_PROJECT/DANDYWORLD_
PARAMOUR_MASHUP.mp3

**Here is the Dandyworld Song being used in Dandy Project Promo Video:**
http://www.jazanwild.com/DANDY_PROJECT/Dandyworld_starting_at_835.mp4

**Here is the Dandyworld Song being used as a Free MP3 Download with the Swedish Dandy Novel:**
http://www.jazanwild.com/DANDY_PROJECT/Dandyworld_Song_Exhibit_093.jpg

and

http://www.jazanwild.com/DANDY_PROJECT/DANDYWORLD_Song.mp3

**Here is the Dandyworld Song changed into Paramour's title song:**
http://www.jazanwild.com/DANDY_PROJECT/PARAMOUR_Ruby_
Lewis_Cirque_du_Soleil.mp4

**Here is the Dandyworld Song changed into Paramour's title song and being used in the Macy's Day Parade:**
http://www.jazanwild.com/DANDY_PROJECT/Macys_
Thanksgiving_Day_Parade.mp4

**Finally here is the last Declaration and exhibits I filed in the ongoing Federal Case before Judge Gee:**

Wild Declaration Filed on 12-01-2015 (Scott Zeiger addressed):
http://www.jazanwild.com/DANDY_PROJECT/Paramour_Wild_Dec_12-01-2015.pdf

Paramour Exhibits:
http://www.jazanwild.com/DANDY_PROJECT/Paramour_Exhibits.pdf

# EXHIBIT 125C

**To see the full extent of how big Dandy was to be look below:**

Las Vegas:
http://www.jazanwild.com/DANDY_PROJECT/Dandy_Las_Vegas_Pitch.pdf

YouTube Competition:
http://www.jazanwild.com/DANDY_PROJECT/Dandy_YouTube_Plans.pdf

and

http://www.jazanwild.com/DANDY_PROJECT/Dandy_Youtube_Contest.pdf

**Promo Reel for Dandy (Dandyworld / Paramour Song starts at 8:35 into the video) :**
http://www.jazanwild.com/DANDY_PROJECT/Dandy_Video_Reel.mp4

**To see the full extent of how big Dandy did become in Sweden look below:**

McDonald's Promotion:
http://www.jazanwild.com/DANDY_PROJECT/DANDY_MCDONALDS_PROMO.jpg

and

http://www.jazanwild.com/DANDY_PROJECT/DANDY_PLACEMAT.jpg

and

http://www.jazanwild.com/DANDY_PROJECT/MCDONALDS_DANDY_CONTEST.jpg

Subway Signs:
http://www.jazanwild.com/DANDY_PROJECT/Subway.jpg

In the above links you see that over and over again I was not credited as the author of Dandy. (Andreas took credit as the Author of Dandy The Novel, which he was not.)... and I was not credited as the Co-creator of the Dandy Project, which includes the Dandy Musical. As an Author of several works including "The Dandy Works and all works concerning them" as stated in Judge Snyder's order, a Co-creator of Dandy, as stated in the settlement agreement, and as a Business owner (Carnival Comics) I know the hard work it takes to build an IP and a Brand. Over ten years of my life went into Dandy and it has been heartbreaking to watch this happen over and over again, to a project that was about achieving ones dreams and never giving up hope.

# EXHIBIT 125D

I would love to see Paramour go forward and do great, but you can't do it with music from my Co-created Dandy Project. I would then be left trapped in a pillaged settlement. This needs to be resolved. You would not let Andreas Carlsson or any other composer take music from one of your Cirque Du Soleil Musicals and pass it off as new music for a competitor's musical; I'm sure of that.

Now I wonder how many more songs, written about and for my Co-created project, are going to show up in Paramour. Time will tell. What is clear is that, had the Co-creator of Dandy The Musical been David Foster or Stephen King and not Jazan Wild, Cirque Du Soleil would never attempt such a thing. It is disrespectful to me as a Co-creator of a Musical Project. We respectfully request that you cease and desist any and all use of any part of the Dandy Project, as it has a Federal Settlement attached to it, in which Scott Zeiger has interfered with. Above are exhibits from an ongoing Federal Case. Note the song "Dandyworld" being used in the Swedish Novel... in a promotional video... and being given out as a downloadable MP3 with the Swedish Dandy Novel. You are currently using a version of the "Dandyworld" song in TV ads, on YouTube, on your Paramour website, and also in clips from the Macy's Day Parade. Which of course, means you used a version of the "Dandyworld" song in the Macy's Day Parade itself.

I had hoped that since this issue was brought before the Federal Court in December 2015 and therefor before Andreas Carlsson, that he would have seen to the matter being resolved. But since the aforementioned TV ads, clips and videos remain in use, it leads one to believe that Cirque Du Soleil intends to press ahead with using parts of the Dandy Project in the Paramour Musical going forward. We again respectfully request that you cease and desist from doing so.


Best, Jazan

**EXHIBIT 125E**