1  JAZAN WILD PRO PER
2     *jazanwild@yahoo.com*
   16110 Ventura Blvd, PH405
3  Encino, California 91436
   Telephone: (818) 986-5673
4
   Attorney for Defendant JASON BARNES, p/k/a JAZAN WILD
5

6

7              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
8

9  ANDREAS CARLSSON PRODUCTION, )    **CASE NO. CV15-06049 DMG (AJWx)**
   AB, a Swedish Corporation, and    )
10 ANDREAS CARLSSON, an individual,  )    **Hon. Dolly M. Gee**
                                     )
11           Plaintiff,              )
                                     )
12 v.                                )    **WILD DECLARATION SHOWING**
                                     )    **PERJURY BY ANDREAS CARLSSON**
13 JAZAN WILD, an individual,        )    **And EXHIBITS**
                                     )
14           Defendant.              )
                                     )
15                                   )

16                                        Location: Courtroom 7
                                          Complaint filed : August 10th, 2015
17 _____

18

19

20

21

22

23

24

25

26

27

28

_____
                  **DECLARATION OF JAZAN WILD AND EXHIBITS**

### DECLARATION OF JAZAN WILD DECLARATION SHOWING PERJURY BY ANDREAS CARLSSON

Jazan Wild declares as follows:

 I "Jazan Wild" am acting Pro Per, ("Wild") in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would testify competently thereto. I make this declaration in Opposition to Plaintiffs' Motion for Request for Conference Regarding Pending Motion for Summary Adjudication and in light of further evidence showing that Plaintiffs' have concealed their true motives from the court and from Defendant Wild.

 I "Jazan Wild" would like to address this evidence in 1st person and as part of this declaration.

 Having just learned about the 32 page ruling by Your Honor, while on a joint conference call with Ms. Sasaki; I have just read the ruling. I would be doing *myself* and *the truth*, a disservice by not pointing out a few incorrect statements that are given as fact, as well as more perjury by Andreas Carlsson.

**(A)** On page 5 of the Order it reads…

**Carlsson has provided a declaration stating that the English-language lyrics used in the Swedish Novel ("Song Lyrics") all pre-existed the book. (Carlsson Decl. ¶ 6.) Carlsson contends that many of the songs were written before he**

**met Wild, and that the songs were only included in the Swedish Novel with permission from the preexisting copyright owners. (*Id.*) At the back of the Swedish Novel, the purported song-writers are credited. (Swedish Novel at Låtarna; *see also* Carlsson Decl., Ex. 2.) Jörgen Elofsson is credited for writing the majority of these songs, while Carlsson himself is credited for writing "If You Can Dream It, You Can Be It." (*Id.*) Carlsson contends that his former copyright interest in the Swedish Novel did not include the Song Lyrics, and that, for this reason, the Settlement Agreement includes a clause providing that Wild shall not receive credit for the music and lyrics in the future. (Carlsson Decl. ¶ 11.)**

 This is incorrect and damaging to the truth of this case. Furthermore… it is perjury by Carlsson. Specifically the fact that "**Carlsson contends that his former copyright interest in the Swedish Novel did not include the Song Lyrics, and that, for this reason, the Settlement Agreement includes a clause providing that Wild shall not receive credit for the music and lyrics in the future. (Carlsson Decl. ¶ 11.)**"

This clause in Section 8 Crediting for "Music and Lyrics" was changed from the crediting of "Dandy Created by Andreas Carlsson and Jazan Wild" by ME! At the close of the settlement agreement negotiations, I read over the settlement agreement and asked to not be credited for the music and lyrics. I did this in front of Judge Nagle. I did this to be nice to Andreas and hopefully extend an olive branch going forward. This event was confirmed again, in open court before Judge Nagle on her last week on the bench before retiring. I stated "**I took my name off**

**crediting of the music and lyrics to be nice to Andreas and this is what I get for my efforts?"**

I stand by my decision, because as a Co-creator of the project, I don't need crediting for every part of the project. Walt Disney didn't need it and neither do I. I have great artists work on my graphic novels and novels… I don't need to have my name as the penciler, to be the creator or co-creator of that work.

What I want to know, is why this court is not holding Andreas Carlsson responsible for several counts of perjury? This one was before a Federal Judge.


**(B)** On page 15 and 16 of the Order it reads…

 **"Given that many of the songs were written before Carlsson met Wild, and therefore predate the creation of the Dandyworld concept, there is no evidence that they were written specifically or exclusively for use in the Swedish Novel. Their inclusion in the Swedish Novel therefore does not render Wild a joint author of the Song Lyrics, even if he is the author of one of the works in which they appear. Because the Song Lyrics are not included in Wild's copyright interest in the Swedish Novel, their use in BTVR will not be considered an infringement of Wild's copyright interests. The fact that many of the same lyrics were used in both the Swedish Novel and BTVR may give rise, however, to an inference that the two works share similar themes or plot points."**


**Now another count of perjury…**

In 2006 Andreas Carlsson had a few songs when he approached me about doing a musical together. This has been well documented over and over again in this case. The songs he played me were, "Because You Lied To Me; Have Your People Call

4

My People; Cash is King; and Fake It til You Make It".  However, "DANDYWORLD" is a word made up by me, and is part of the Title of the first Graphic Novel. (So how could that song exist before I created the word and the story?) "Chief King" is a character in that novel. (So how could that song exist before I created the character?) "From Everything to Nothing" is only about Young Dandy going from Everything to Nothing. "If You Can Dream It, You Can Be It" is the ending of the first graphic novel. (So how could that song exist before I created the graphic novel that it closes.)

**Notice in the exhibit 000d that "If You Can Dream It, You Can Be It" is still a demo in 2008. Again PERJURY. (See exhibit 000d)**

   Most of the songs came after we began the Dandy Project. Only the few songs existed before Andreas and I met. So clearly, "DANDYWORLD" was created to be a part of the "DANDY PROJECT"… which as far as my Co-creatorship involvement goes, began on November 19th 2006 between Carlsson and myself. These songs were SPECIFICALLY WRITTEN for use in the Dandy Project. The titles… "DANDYWORLD", "CHIEF KING", "DIAMOND", "IF YOU CAN DREAM IT, YOU CAN BE IT" "WELCOME TO A DANDYWORLD" are all out of the DANDY WORKS. The fact that the songs are in a DANDY NOVEL… show they are specially and specifically written for the DANDY PROJECT.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The biggest indication that they are written for the DANDY PROJECT… is their public use in the DANDY PROJECT. The DANDYWORLD song being given away with the DANDY NOVEL, is the DANDY PROJECT.

It is PERJURY to say these songs pre-date my involvement. They were and are written about my story. PERIOD. These Exhibits which have already been filed twice in this case clearly show the DANDY SCREENPLAYS from May 2008 and June 2008 using the DANDY SONGS and showing which DANDY CHARACTERS will be singing them. (See Exhibit 11a- 11f and 12a- 12f) Judge Snyder's order states… "All Five Dandy Works and Works Concerning Them." These Screenplays Concern Them.


Even the current order states on page 24…
***Andreas Carlsson Dandy* is a Swedish-language novel, registered by Wild as "DANDY (The Novel Sweden Edition)." (Carlsson Decl., Ex. 1.) The Swedish Novel appears to be a translated retelling of the three Dandyworld stories."**

It is in fact a retelling mainly of the 1st Dandy Graphic Novel "Welcome To A Dandyworld", which was written in 2007, (Story Treatment in 2006). Which means if the Novel is a re-telling of the 1st Dandy Graphic Novel… then songs like "IF YOU CAN DREAM IT, YOU CAN BE IT", "CHIEF KING", "DIAMOND", "FROM EVERYTHING TO NOTHING", "DANDYWORLD" and "WELCOME TO A DANYWORLD" do not pre-date the Dandy Novel. Just because a re-telling

of the 1st graphic novel was done without MY CONSENT… does not mean I lose ANYTHING from my rights or my co-creatorship. Those songs are part of the DANDY PROJECT. It is impossible without the use of a time machine to write songs about a story I wrote before Carlsson even met me. Andreas Carlsson even states that the DANDY NOVEL is based on the DANDY GRAPHIC NOVEL in the thank you section. (See Exhibit 68) Carlsson again commits perjury. Of course, he had already committed PERJURY in this Thank You section by thanking a PR person who he swore under oath that he did not hire to help with the Dandy Novel… in that very Dandy Novel that he swore he didn't hire her to promote. Another perjury, is the fact that all the people on the songs were "Work For Hires" with Andreas Carlsson. He forgot to tell the court that fact as well.

**Did this court ever consider what Music will make up the Dandy Musical at the heart of the settlement if it lets all the Dandy Songs be sold or placed in another musical? What was the purpose of the Settlement? Can I now sell the Dandy Stories, since Andreas did not write a word of them, and I own the copyrights? What does Co-creator even stand for?**

**I am writing this motion with the Hand that just had two tendons reattached and the very one my Doctor told me not to use. When is enough, enough?**

**I am the CO-CREATOR of the Dandy Musical that reached a Federal Settlement 5 years ago. Now a ruling from the same court can't say whether the Dandy Music that has been associated with that very same Dandy Musical for 10 plus years, is a part of the Dandy Project, even though it's inside the pages of the DANDY NOVEL that was a #1 bestseller? If it's not a part of the Dandy Project, then why is it in the BOOK?**

**Meanwhile Perjury after Perjury is committed in almost every document by a Plaintiff that has sued an author and co-creator three times for wanting his name where it is supposed to be.**

**Please amend this ruling because of the PERJURY that hinders it from being accurate to the truth**.

Finally so that the court knows… I have offered the following to Andreas Carlsson several times through his attorney, so now I offer it publicly. We need to sever ties. This can be achieved by…

(a) Andreas Carlsson relinquishes "DANDY" fully. Story and Trademarks. I no longer have to credit Andreas Carlsson as co-creator or anything at all in regards to DANDY.

(b) Andreas Carlsson will not use "If You Can Dream It, You Can Be It" or "DANDY" in any of his projects as it is a part of the Dandy story and Project… and is a registered trademark by me.

(c) Then Andreas Carlsson, can take all the music from the Dandy Project and move on and do Paramour, Velvet Rope and any other musical he desires. He just cannot use "If You Can Dream It, You Can Be It" as a title of a song or in lyrics… and cannot use it as a trademark. He agrees to not use "DANDY" as a title of a song or in lyrics… and will not use it as a trademark.

THAT'S IT! DONE! OVER!

1. A true and correct copy of a screenshot of an invoice from discovery files before Judge Snyder, showing that "If You Can Dream It, You Can Be It" was in demo form as of 08/28/2008, and that Carlsson committed PERJURY by stating all the songs were written before knowing Wild, which the pair met in October 2006, Wild wrote Dandy Treatment in 2006, and 1st Dandy Graphic Novel upon which the Novel was based in 2007, is attached hereto as Exhibit 000d.

2. A true and correct copy of a screenshot of an email from Andreas Carlsson stating that this email is a dummy script of the Dandy Screenplay with Songs and Story, showing the songs and characters from the Dandy Story that are singing the Dandy Song, clearly showing these songs are created to be a part of the Dandy Project, Co-created by Wild, is attached hereto as Exhibit 11a- 11f.

3. A true and correct copy of a screenshot of script of the Dandy Screenplay by Julette Cohen with Songs and Story, showing the songs and characters from the Dandy Story that are singing the Dandy Song, clearly showing these songs are created to be a part of the Dandy Project, Co-created by Wild, is attached hereto as Exhibit 12a- 12f.

4. A true and correct copy of a screenshot of the translation of the "THANK YOU" page, submitted by Carlsson's Attorney to this court, that clearly reads that Carlsson states the Novel is based on the middle graphic novel, which is actually the 1st Dandy Graphic Novel that was written, Authored and Co-created by Wild in 2007, is attached hereto as Exhibit 68.


I certify that the foregoing is true and correct. Executed under the penalty of perjury this 2nd day of May 2016, in Los Angeles, California.

_____ Jazan Wild