# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS CARLSSON PRODUCTION AB, a Swedish Corporation, and ANDREAS CARLSSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JASON BARNES, aka JAZAN WILD, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-06049 AFM<br><br>**JUDGMENT** |

This action came on for jury trial before the Court, and the issues having been duly tried and the jury having duly rendered its verdict, IT IS ORDERED AND ADJUDGED that declaratory judgment is entered in favor of Plaintiffs Andreas Carlsson Production AB and Andreas Carlsson as follows:

1. The script for *Beyond The Velvet Rope* does not infringe the copyrights or other proprietary interests that Defendant Jazan Wild has in the Dandy Works (comprised of *Dandyworld* Graphic Novel Treatment, *Welcome to*

*a Dandyworld*, *All Hail to the King!*, *Step Into the Krazy Life*, and *Andreas Carlsson Dandy*) or works concerning them.

2. Plaintiffs' use of the song title "If You Can Dream It, You Can Be It" in the script for *Beyond The Velvet Rope* does not constitute unfair competition as to Defendant Jazan Wild and his registered trademarks for "If You Can Dream It, You Can Be It."

As the prevailing parties, Plaintiffs may recover costs from Defendant pursuant to Fed. R. Civ. P. 54(d)(1).

DATED: 5/14/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE